1 | STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
2 | LISA M. SIMONETTI (State Bar No. 165996)
MARCOS D. SASSO (State Bar No. 228905)
3 | 2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
4 | Telephone: 310-556-5800
Facsimile: 310-556-5959
5 | lacalendar@stroock.com

6 | Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued as
7 |  JPMORGAN CHASE BANK

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKHEN A. ARUTYUNYAN, | **Case No. CV11-8969 JAK (RJWx)** |
| Plaintiff, | [Assigned to the Hon. John A. Kronstadt] |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JPMORGAN CHASE BANK, | |
| Defendants. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

LA 51578654

1  **IT IS HEREBY STIPULATED** by and between plaintiff Ashkhen A. Arutyunyan ("Plaintiff"), by her attorney on the one hand and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), through their counsel of record, on the other hand, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed **WITH PREJUDICE** in its entirety, and all parties shall bear their own attorneys' fees and costs as to the dismissed claims.

**IT IS SO STIPULATED.**

Dated: September 4, 2012

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
MARCOS D. SASSO

By: _____*/s/* Joseph A. Escarez_____
        Joseph A. Escarez

Attorneys for Defendant
    CHASE BANK USA, N.A.,
    erroneously sued as JPMORGAN
    CHASE BANK

Dated: August 23, 2012

OMNIA LEGAL, INC.
ARSHAK BARTOUMIAN

By: _____/s/ Arshak Bartoumian_____
        Arshak Bartoumian

Attorneys for Plaintiff
    ASHKHEN A. ARUTYUNYAN

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

-1-

LA 51578654

## CERTIFICATION

I hereby certify that, on September 4, 2012, copies of **STIPULATION OF DISMISSAL WITH PREJUDICE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: /s/ Joseph A. Escarez
     Joseph A. Escarez

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

LA 51578654